**Lewis L. PENDLETON, II,**
**Petitioner–Appellant,**

v.

**Charles E. THOMPSON, Warden,**
**Respondent–Appellee.**

No. 00–6346.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 13, 2001.

Lewis L. Pendleton, II, pro se. Rick Randall Linker, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before NIEMEYER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Lewis L. Pendleton, II, a Virginia prisoner, appeals the district court's order denying relief on his action asserting that the Virginia Parole Board violated the Ex Post Facto Clause when, upon revoking his parole, it likewise revoked his previously earned good time credits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Pendleton's motion for appointment of counsel, deny a certificate of appealability, and dismiss on the reasoning of the district court. *See Pendleton v. Thompson,* No. CA–99–291 (W.D.Va. Feb. 16, 2000); *see also Warren v. Baskerville,* 233 F.3d 204 (4th Cir.2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*